UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TITA NYAMBI,<br><br>    Petitioner,<br><br>v.<br><br>HUMBOLT SUPERIOR COURT,<br><br>    Respondent. | Case No. 25-cv-03775-PCP<br><br>**ORDER OF DISMISSAL** |

On June 6, 2025, the Clerk of the Court mailed a notice to Petitioner regarding the status of this case. Dkt. No. 5. The notice was returned undelivered on June 13, 2025. Dkt. No. 7.

The notice was sent to Petitioner at the address he provided. *See* Dkt. Nos. 1, 6. Petitioner has not provided any address other than the address to which the undeliverable mail was sent. *See generally* Dkt. More than sixty days have passed since the mail was returned to the Court undelivered, and the Court has received no communication from Petitioner.

Petitioner has failed to comply with Local Rule 3-11(a) which requires a party proceeding *pro se* to "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the Court to dismiss an action without prejudice when mail directed to a *pro se* party is returned as not deliverable and the *pro se* party fails to send written notice of his current address within sixty days of the return of the undelivered mail.

This action is DISMISSED without prejudice because Petitioner failed to keep the Court informed of his address in compliance with Local Rule 3-11(a).

Because this dismissal is without prejudice, Petitioner may ask to reopen the action. To do this, he must file a response to the Court's order **and** a motion with the words MOTION TO

1  REOPEN written on the first page.
2      The Clerk shall close the file.
3
4      **IT IS SO ORDERED.**
5  Dated: August 19, 2025

_____
P. Casey Pitts
United States District Judge